```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 47645
   MICHAEL D RADLOFF
                                          CHAPTER 13

                                          JUDGE: A BENJAMIN GOLDGAR


         Debtor
   SSN XXX-XX-7363

----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     The case was filed on 12/29/2004 and was confirmed 03/01/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 10/09/2007.
----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
----------------------------------------------------------------------
CITIFINANCIAL INC         UNSEC W/INTER    2569.95         203.71        1042.01
COUNTRYWIDE HOME LOANS    CURRENT MORTG        .00            .00            .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE    1170.00            .00        1170.00
AMERICAN EXPRESS TRAVEL   UNSEC W/INTER    1592.14         145.42         633.99
BENEFICIAL FINANCE        UNSEC W/INTER    8087.51         669.66        3279.22
ECAST SETTLEMENT CORP     UNSEC W/INTER    5079.11         420.62        2059.36
CITIFINANCIAL SVC         UNSEC W/INTER NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    8054.52         667.02        3265.80
DISCOVER FINANCIAL SERVI  UNSEC W/INTER    6046.19         564.90        2451.51
LVNV FUNDING LLC          UNSEC W/INTER    1930.09         180.39         782.55
NATIONAL CITY             NOTICE ONLY   NOT FILED             .00            .00
WELLS FARGO FINANCIAL     UNSEC W/INTER     956.71          87.42         380.89
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     803.43          64.87         319.93
ZALUTSKY & PINSKI LTD     ATTORNEY             .00            .00            .00
COUNTRYWIDE HOME LOANS I  NOTICE ONLY   NOT FILED             .00            .00
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,543.00                      2,543.00
TOM VAUGHN                TRUSTEE                                        1,147.21
DEBTOR REFUND             REFUND                                            33.52

     Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                 22,113.00

PRIORITY                                              .00
SECURED                                          1,170.00
UNSECURED                                       14,215.26
    INTEREST                                     3,004.01
ADMINISTRATIVE                                   2,543.00
TRUSTEE COMPENSATION                             1,147.21
DEBTOR REFUND                                       33.52

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 47645 MICHAEL D RADLOFF
```

```
                                     ---------------    ---------------
TOTALS                                     22,113.00          22,113.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 01/28/08
                              /s/ Tom Vaughn
                              _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE